UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                            Case No. 3:08-cr-63-J-25JRK

JACOBO ARTURO ZUNIGA-CHAGALA
_____/

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which the parties waived the ten (10) day objection period, the plea of guilty of the Defendant to Count One of the Information is now accepted and the Defendant is adjudged guilty of such offense.

Sentencing is hereby scheduled for **April 9, 2008 at 10:00 a.m.** before the Honorable Howell W. Melton, Sr. United States District Judge, in Courtroom 12A, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

IT IS SO ORDERED at Jacksonville, Florida this 12TH day of March, 2008.

HOWELL W. MELTON
Senior United States District Judge

**Note:** Defense counsel is directed to be in the courtroom 10-15 minutes prior to the sentencing hearing in order to meet with the interpreter and the defendant.

Copies furnished to:

United States Marshal
United States Attorney ( Campion)
United States Probation Office
United States Pretrial Services Office
Defendant:     c/o counsel or, if in custody, c/o U.S. Marshal
Counsel of Record: Charlie Adams, Esquire
Interpreter:   Davor Zidovec